Judge Sunil R. Harjani
Magistrate Judge Heather K. McShain
Cat 2 / Random



**FILED**

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS

OCT 01 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| Terry of the Family Winners<br>Plaintiff<br><br>vs.<br><br>HEIDI MUELLER through<br>REGION 5 IV-D AGENCY<br>DEFENDANT(s) | Case No.<br><br>**42 U.S.C § 1983 COMPLAINT FOR<br>DEPRIVATION OF RIGHTS<br>UNDER COLOR OF LAW** |

COMES NOW, the Plaintiff Terry of the Family Winners who files this 42 U.S.C § 1983 complaint in *propria persona* and asserts my claims for relief against HEIDI MUELLER, who through Region 5² IV-D agency, operating in this State as a business for profit circumvented the Constitution by collusion, violated separation of separation of powers doctrine, customs policies and premeditation of the submitted plan, did deprive me of my to not assemble and associate therewith, violated my right to privacy, denied me due process rights[s] , subjected me to slavery and involuntary servitude, and denied me equal protection of the laws by providing a set of instructions to commit the unreasonable, unlawful, malicious violations of those rights and immunities so secured.

### I. Jurisdiction and Venue

1.    "This court has Jurisdiction under the Civil Rights Act, 42 U.S.C. § 1983, and its jurisdictional counterpart, 28 U.S.C. § 1343(3), as well as under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.* " *Monell v. Dept. of Soc. Serv. of City of N.Y*, 532 F.2d 259, 260 (2d Cir. 1976). Section 1983 authorizes suits against those acting under color of state law for violations of federal law and for violations of the United States Constitution. *Maine v. Thiboutot*, 448 U.S. 1, 100 S.Ct. 2502, 65 L.Ed.2d 555 (1980).

2.    Pursuant to 28 U.S.C. § 1331 the district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

Wherefore, this Court has subject matter jurisdiction of this civil action pursuant to P.L. 93-647, Title IV-D of the Social Security Act, and its federal regulations.

3.      Pursuant to 42 U.S.C. § 660 the district courts of the United States shall have jurisdiction, without regard to any amount in controversy, to hear and determine any civil action under section 452(a)(8) of this Act. A civil action under this section may be brought in any judicial district in which the claim arose, the Plaintiff resides, or the defendant resides.

4.      Venue is proper in the United States District Court for the Northern District of Illinois pursuant to 28 U.S.C. § 1391(b)(1). Venue is further proper by virtue of the actions arising in this District and the local rule which provides that, "Any civil action brought in this district on the grounds that the cause of action arose here must be filed in a division of the district wherein the activity occurred."

## II. Parties

**Plaintiff:**
Terry of the Family Winners who dwells upon
1417 W 82nd Street
Republic of Illinois; Chicago
Real land North America; Non Domestic

---

₁ 42 U.S.C. § 659 Consent by United States to Income Withholding, Garnishment, and Similar Proceedings for Enforcement of ~~child support~~ and ~~Alimony~~ Obligations: The submitted plan rendered Region _ and its 3.4 contract service providers the instrumentality of the Federal OCSS which [s]hall be subject in like manner and to the same extent as if the United States or the District of Columbia were an (i)(4) private person to withholding who does not have sovereign or other special immunity or privilege which causes the person not to be subject to legal process.

**Defendant:**
HEIDI MUELLER ("MUELLER") named and sued in HER₁ official capacity of Director of REGION 5 IV-D agency. HER principal place of business is 07 E. Adams Street, Springfield, IL 62701.

### III. Factual Narrative in Support of my Claims.

5.      At all times relevant herein the detached and disconnected OCSS[26] within the

U.S. DHHS[24] is the federal agency that oversees the national IV-D program.

IV-D is legally defined as a partnership between the federal government and this state,

e.g., in an association of two or more persons, as co-owners of a business for profit.

6.      When the violations and deprivations were committed MUELLER[1] was employed

as director[9] of the alone, detached, and disconnected business for profit operating "[[in]]"

this state. Under contract Region 5[2] was placed within the human services umbrella

agency in the Article V executive branch which is now employer to IV-D agency[2]

contractors[30]. MUELLER[1] gave assurance on the business plan[3] submitted to the federal

OCSS[26] that the IV-D program will be administered in conformity with the specific

requirements stipulated in title IV-D, its federal regulations, and other applicable official

issuances of the U.S. DHHS.

7.      Region 5[2] as a condition for having the business plan[3] approved established

federal guidelines[5,6], in order to subjugate Plaintiff Terry to involuntary servitude by

converting me to a non-custodial parent[7] which the Secretary of the U.S. DHHS[31]

disbursed funds thereto. MUELLER[1] from within the Article V executive branch

---

[2] 45 C.F.R § 301.1 IV-D agency means the alone, detached and disconnected organizational unit "[[in]]" the State that has the responsibility for administering or supervising the administration of the State plan under title IV-D of the Act.

violated the separation of powers under the business plan[3] by entering into IV-D

contracts[11,12] with clerks' of court and judges to provide the collection duties as the legal

muscle that are initiated by Region 5[2]. Contractors[30] are required to certify that all

hearings are conducted in compliance with IV-D of the Social Security Act. Under the

same contract sheriffs in return for payment provide legal muscle to effectuate arrest

warrants for Region 5[2] to deliver men in relation to non-custodial parents[7] to corrections officials who profit from jailing said.

8.  MUELLER[1] ensured that all contracts[11] with clerks of court and judges hereafter contractors[30], contained a clear description of the specific duties, functions, and responsibilities of each contractor[30]. SHE[1] specified that the contractors[30] will comply with title IV-D of the Act, implementing federal regulations and any other applicable federal regulations and requirements SHE[1] was responsible for securing compliance[9] with the requirements of the business plan[3] as contemplated by IV-D, and its federal regulations, the governing laws pertinent to this action.

9.  MUELLER[1] provided instructions describing in detail the step by step actions to be taken by IV-D contracted clerks of court and judges in the performance of specific collection functions under IV-D of the Act, and its federal regulations. SHE[1] issued instructions on how to exact the honestly acquired income from Plaintiff in

---

[3] 45 C.F.R § 301.10: The State plan is a comprehensive statement submitted by the IV-D agency describing the nature and scope of its program and giving assurance that it will be administered in conformity with the specific requirements stipulated in title IV-D, the regulations, and other applicable official issuances of the Department. The State plan contains all information necessary for the Office to determine whether the plan can be approved, as a basis for Federal financial participation in the State program.

[4] See Plan: A method of action, procedure, or arrangement.. *Shainwald v. City of Portland*, 153 Or. 167, 55 P.2d 1151, 1156; *Jenney v. Des Moines*, 103 Iowa, 347, 72 N.W. 550.

relation to a non- custodial parent[7] under IV-D functions, and delegated responsibility for the detailed coercive collection procedures to contractors performing the collections. MUELLER[1] acted under the color of federal and state law through customs, policies, practices, and procedures[3] of the submitted IV-D business plan[3], solely for profit thus excluding the benefit, security, and protection of the Article I Sec. 1 people as required by the Constitution.

### IV. Claims Arise Against Director of a Business for Profit

10.    When applying the plausibility standard that my claims arise against the director of a business for profit, Plaintiff Terry provides the following sufficient factual matters as true and plausible on its face:

11.    Quoting About the Office of Child Support Services | The Administration for Children and Families (hhs.gov) "the federal OCSS[26] within the U,S. DHHS[24] partners[34] with federal, state, and local governments"; Glossary of Common Child Support Terms (hhs.gov) provides IV-D program means the federal/state partnership[34] established under IV-D of the Act. 77-089.job (govinfo.gov):Sec. 8 Federal Manual p.65 further provides that the IV-D program is a partnership[34] between the federal government and the states, rendering the OCSS and the Region 5[2] IV-D agency operating in this State as a partnership[34], the association of two or more persons as co-owners of a business for profit. Black's Law Rev. 4th Ed.p.1277.

_____

[5] 42 U.S.C. § 667(a) Region _, as a condition for having its plan approved by the federal OCSS must establish federal guidelines for IV-D award amounts within this State. (b)(1) The guidelines established pursuant to subsection (a) shall be made available to all "judges" and other officials who have the power to determine IV-D awards within this State.

[6] 45 C.F.R. § 302.56 as a condition of approval of the plan, Region _ must establish one set of IV-D guidelines by law for setting and modifying IV-D order amounts within this State that meet the requirements in this section.

12.    The business for profit[34] sold these IV-D services to a customer:

   (1) Parent location: *45 C.F.R. § 303.70* and § 302.35.
   (2) Paternity establishment: *45 C.F.R. § 303.5*.
   (3) Establishment of child support orders: *42 U.S.C. § 603(a)(5)(C)(III)*.
   (4) Review and modification of child support orders: *45 C.F.R. § 303.8*.
   (5) Collection of child support payments: *45 C.F.R. § 302.32*.
   (6) Distribution of child support payments: *45 C.F.R. § 302.51*.
   (7) Establishment and enforcement of child and medical support: *45 C.F.R. § 303.31*.

13.    Plaintiff Terry was never a customer who regularly or repeatedly made purchases of, or had business dealings with, Region 5[2]. Ordinarily, I had no repeated business dealings with Region 5. A was never a buyer[22], purchaser, or patron of the Region 5[2]

5

business for profit. IV-D services are sold by an application filed with Region 5 *Id.* 42 U.S.C. §654(6)(A). The provisions of IV-D services between the business for profit and the customer are governed by a 45 C.F.R. § 302.33(a)(1)(i) application. A $35 fee[22] for furnishing these services was imposed, which shall be paid by the customer applying for IV-D services, Region 5's fifth major revenue stream. Region 5 is the sole point of contact for the federal government and the entity through which federal incentive profit[21] flows. Self-Represented Litigation Network Resource Guide Revised Sec. IV.p.17.

14.     Region 5[2] profits from subjugating plaintiff to IV-D and is free to spend its share of collections in any manner it sees fit. 77-089.job (govinfo.gov). If Region 5 delegates its disbursement function to local governments, it must reward the most efficient local agencies with a share of federal incentive payments. *Blessing v. Freestone*, 520 U.S. 329, 334 (1997). *Id.* 42 U.S.C. § 654(22)". As the result of a $35 transaction for services[22] sold to a customer Plaintiff Terry I was stripped of my natural inherent rights of being equally free and independent, then as required by the business plan[3], I was converted to a non-custodial parent[7] identified as property[14] and then deprived of my indefeasible rights of enjoying and defending my life and my liberty, acquiring, possessing, and protecting my property and my reputation, and pursuing my happiness and my safety. Services sold by Region 5 provides that by operation of law a spurious IV-D obligation devolved upon Plaintiff Terry by a mere application of a $35 transaction established under regulations of IV-D, without my act or co- operation.

### V. This Action is not a Domestic Relations Issue.

15.     When applying the plausibility standard to this action is not a domestic Relations issue, Plaintiff Terry provides the following sufficient factual matters as true and plausible on its face:

16.     Federal courts do not have jurisdiction over cases regarding domestic relations. *Kirby v. Mellenger*, 830 F.2d 176, 177-78 (11th Cir. 1987). [T]he law of domestic relations has traditionally been left to the states. *Gottschalk v. Gottschalk*, 2011 U.S. App. LEXIS 12222, 15 (11th Cir. 2011).This case does NOT arise from nor possess any domestic relations issues or substance. *Kirby v. Mellenger.* It is not

---

7 42 U.S.C. § 666 Requirement of statutorily prescribed procedures to improve effectiveness of ~~child support enforcement~~: (a)(3)(C) notice of the "*noncustodial parent's social security account number*" (or numbers, if ~~he~~ has more than one such number) and home address shall be furnished to the State agency requesting the refund offset, and to the State agency enforcing the order.

8 42 U.S.C. 666 §(a)(13) Procedures "requiring" that the social security number of—(B) any individual who is subject to a divorce decree, support order, or paternity determination or acknowledgment be placed in the records relating to the matter.

matter regarding paternity, custody, or child support. *Nails v. McCaa*, 2012 U.S. Dist. LEXIS 138388, 4 (M.D. Ala. 2012). This is not a rare instance that has arisen in which it is necessary to answer a substantial federal question that transcends or exists apart from the family law issue. *Elk Grove Unified School Dist. v. Newdow*, 542 U.S. 1, 13 (2004), and as such no abstention shall be warranted.

17.     This § 1983 cause of action arises from the policies and customs[3] of MUELLER[1] who  compelled compliance of contractors to the submitted business plan[3], by premeditation and collusion converted Plaintiff, to non-custodial parent[7] with the sole intent of circumventing the constitution in order encroach upon my 1st, 4th, 5th, 13th, and 14th Amendment rights so secured, for profit[21].

18.     The plan provided the policies and customs[3] and used by Region 5[2] contractors[30], agents, employees, and sub-contractors under the supervision of MUELLER[1] to illegally change my name and my Genesis 1;[26] status of man to the status of a noncustodial parent[7] positively identified as property[14] that has no inalienable or inherent rights by

enrolling me in the IV-D program, without my knowledge or consent, resulting in the

deprivation of my rights so secured.

## V. This is not a Sovereign Citizen Pleading.

---

9 45 C.F.R. § 302.12(a)(3) If the IV-D agency delegates any of the functions of the IV-D program to any other State or local agency or official, or any official with whom a contractual agreement as described in § 302.34 has been entered into or purchases services from any person or private agency pursuant to § 304.22 of this part, the IV-D agency shall have responsibility for securing compliance with the requirements of the plan by such agency or officials.

10 45 C.F.R. § 303.100 Procedures for income withholding. (a) General withholding requirements. (1) The State must ensure that "in the case of each "[[*noncustodial parent*"]] against whom a support order is or has been issued or modified in the State, and is being enforced under the *plan*, so much of his or her income as defined in sections 466(b)(1) and (8) of the Act must be withheld, in accordance with this section, as is necessary to comply with the order.

19.     When applying the plausibility standard to this is not a sovereign citizen

pleading, Plaintiff Terry provides the following sufficient factual matters as true and

plausible on its face:

20.     The FBI defines sovereign citizens as anti-government extremists who

"sovereign" from the United States. As a result, they believe they do not have to believe

that even though they physically reside in this country, they are separate or

answer to any government authority, including courts, taxing entities, motor vehicle

departments, or law enforcement. FBI — The Sovereign Citizen Movement

21.     On its face, my complaint is not filled with "any" legal arguments of the sovereign

citizen variety. As this Court said in a previous case, courts routinely, summarily, and

firmly reject sovereign citizen legal theories as frivolous. *Phillips v. Life Prop. Mgmt.*

*Servs., LLC*, No. I:21-cv-821, 2021 U.S. Dist. LEXIS 55210, *21 (N.D. Ga. Mar. 23,

2021) (Grimberg, J.) (citing United *States v. Sterling*, 738 F.3d 228,233 (11ᵗʰ Cir. 2013).

This action does not address sovereign citizen theories and should not be summarily

rejected as such.

22.     Wherefore, Plaintiff is not a sovereign citizen or anti-government extremists who

believes that even though I physically reside in America, I am

---

11 45 C.F.R. § 302.34 Contractual arrangements. The State plan shall provide that the State will enter into contracts, which are reflected in a record, for cooperative arrangements under § 303.107 with appropriate courts; law enforcement officials, such as district attorneys, attorneys general, and similar public attorneys and prosecutors; and corrections officials. Such contracts may be entered into with a single official covering more than one court, official, or agency, if the single official has the legal authority to enter into contracts on behalf of the courts, officials, or agencies. Such contracts shall contain provisions for providing courts and law enforcement officials with pertinent information needed in locating "[[noncustodial parents]]," securing support, to the extent that such information is relevant to the duties to be performed pursuant to the contract. They shall also provide for assistance to the IV-D agency in carrying out the program and may relate to any other matters of common concern. Under matters of common concern, such contracts include provisions for the investigation and prosecution of fraud directly related to paternity and child-and spousal support, and provisions to reimburse courts and law enforcement officials for their assistance.

separate or sovereign from the United States of America. I am not and have not used

"paper terrorism" tactics of the movement to retaliate against, harass, or intimidate, any

public official, I make no claim to the indigenous Moorish movement

and as a matter of law, my §1983 claims cannot be rejected as frivolous.

### VI. My Claims are not Barred by *Rooker-Feldman*.

23.     When applying the plausibility standard that my claims are not barred by *Rooker-*

*Feldman*, Plaintiff Terry provides the following sufficient factual matters as true and

plausible on its face:

24.     Per curiam the *Rooker-Feldman* doctrine bars federal district courts from

reviewing state-court decisions because lower federal courts lack subject matter

jurisdiction over final state-court judgments. *Jackson v. Wells Fargo Bank*, N.A., 2023

U.S. App. LEXIS 16047, *2 (11th Cir. 2023) (citing *Behr v. Campbell*, 8 F.4th 1206,

1210 (11th Cir. 2021).

25.     However, the doctrine unambiguously applies only to cases brought by "state-

court" losers complaining of injuries caused by "state-court" judgments rendered before

the district court proceedings commenced and inviting district court review and rejection

of those judgments. *Behr*, 8 F.4th at 1212 (quoting *Exxon Mobil v.*

---

12 42 U.S.C. § 654(7) provide for entering into contractual arrangements with appropriate courts and law enforcement officials and Indian tribes or tribal organizations to assist the agency administering the plan, including the entering into of financial contracts with such courts and officials in order to assure optimum results under such program, and (B) with respect to any other matters of common concern to such courts or officials and the agency administering the plan.

13 45 C.F.R. § 303.107.Under IV-D contract terms, MUELLER[1] ensured that all contracts (a) contain a clear description of the specific duties, functions, and responsibilities of each contractor; (b) specify clear and definite standards of performance which meet Federal requirements; (c) specify that the contractors will comply with title IV-D of the Act, implementing Federal regulations and any other applicable Federal regulations and requirements.

*Saudi Basic Indus. Corp.*, 544 U.S. 280, 284 (2005). The *Rooker-Feldman* doctrine does not bar a victim who by a contractor of an alone detached and disconnected business for profit operating from within the executive branch performing administrative duties thereof in return for payment therefrom performing under color of state court proceedings from seeking remedy for violation and deprivation of my federal rights so secured." *Exxon Mobil Corp.*, 544. The IV-D contract is a mutually binding, legal relationship *obligating* a Court to provide IV-D services in IV-D cases and perform other *administrative* duties of Region 5 that pertain to IV-D cases in return for payment by Region 5. "In this sense, administrative functions or acts are distinguished from such as are judicial." *People v. Austin*, 46 N.Y.Supp. 526, 20 App.Div. 1. Synonymous with "executive." *Sheely v. People*, 54 Colo. 136, 129 P. 201, 202. As required by the plan[3] IV-D contracts[11,12] are executed through the contracted courts who shall certify that all hearings[29] are conducted in compliance with Title IV-D of the Act[29].

26.     This term contractor is strictly applicable to any person who enters into a contract, *Kent v. Railroad Co.*, 12 N.Y. 628, but is commonly reserved to designate one who, for a fixed price, undertakes to procure the performance of works on a large scale, or the furnishing of goods in large quantities, whether for the public or a company or individual. *McCarthy v. Second Parish*, 71 Me. 318, 36

14 20 C.F.R. § 422.103(d).Social security number cards are the *property* of SSA and must be returned upon request.
15 See Social Security History (ssa.gov): "However, by itself the social security card and number is not a personal identifier because it lacks systematic assignment to every person and the means to authenticate a person's identity".

Am.Rep. 320. One who in pursuit of independent business undertakes to perform a job or piece of work, retaining in himself control of means, method, and manner of accomplishing the desired result. *Marion Malleable Iron Works v. Baldwin*, 82 Ind.App. 206, 145 N.E. 559, 560.

27.    The legal maxim *inclusio unius est exclusio alterius* provides the inclusion of contractor is the exclusion of another State Court. The certain designation of one person is an absolute exclusion of all others. *n Coke*, 58b; *Burgin v. Forbes*, 293 Ky. 456, 169 S.W.2d 321, 325.

28.    45 C.F.R. § 302.12(3) provides that  MUELLER[1] through Region 5[2] delegated collection functions of the IV-D program to IV-D contractor[30] with whom a contract[11] was entered into, and purchases services from the clerks of courts and judges in accordance with § 304.22, MUELLER[1]was fully responsible for securing compliance[9] with the requirements of the business plan[3] by such contracted[30]  officials.

29.    45 C.F.R. § 304.20(a) provides Federal financial participation at the applicable matching rate is available for: (b)(3)(iv) Enforcement of a support obligation including those activities associated with collections and the enforcement of court orders, such as contempt citations, issuance of warrants, investigation, income withholding and processing, and the obtaining and enforcing of court- ordered support through civil or criminal proceedings either in the State that granted the order or in another State..      Herein Plaintiff provides that on the basis

11

[16] See SSA - POMS: RM 10210.430 - What Documents Are Not Evidence of Identity for an SSN Card - 08/29/2023 SSN Record (e.g. numbers) cannot be used as evidence of identity or used to establish identity. Although the CRBA is listed as a secondary proof of identity document in RM 10210.420A.2 it is not to be accepted in domestic offices as a proof of identity document.

of the IV-D, contractual nature[11,12], *Pennhurst,* 451 U.S. at 17, 101 S.Ct. at 1540, 67

L.Ed.2d at 707; *U.S. v. Sage* 92 F.3d at 106, United States Court of Appeals Sec. Cir., I

am not inviting this Honorable Court to review and reject Federal regulations on the

basis that I am not nor was I ever a losing party of an Article VI Sec. 1 "state court"

judgement under IV-D of the Act[29]. I was the victim of fraud and misrepresentation of

facts resulting in the deprivations and violations of my rights so secured by contractors[30]

of a business for profit[3] from within the Article V executive branch, so this Honorable

Court will not be reviewing any state-court decision(s).

## VII. Gravamen

30.    As a Genesis 1;[26] man Plaintiff was born equally free and independent, with

inherent and indefeasible rights of enjoying and defending my life and my liberty,

acquiring, possessing, and protecting my property my reputation, and pursuing my

happiness and my safety. Accordingly, all governments were created to be a benefit,

protection, and security of these inherent and inalienable rights. However, through

compelled use of the SSN[14] under coercion[18] I was converted to property.

31.    MUELLER[1] circumvented the constitution, based on the fact that a non-custodial

parent[7] is in fact property[14] from which Region 5[2] profits. As property the

[17] Identity: the sameness in the law of evidence, the fact that a "subject" "person" or "thing" before the Court is the same as it is represented, claimed, or charged to be. *Burrill, Circ. Ev.* 382, 453, 631, 644. Black's Law Rev. 4th Ed.p.880.

[18] 45 C.F.R. § 302.17 Inclusion of State statutes. The State plan shall provide a copy of State statutes, or regulations promulgated pursuant to such statutes and having the "*force of law*" (including citations of such statutes and regulations), that provide procedures to determine the paternity of a child born out of wedlock, to establish the ~~child support~~ obligation of a responsible parent, and to enforce a support obligation[29], including spousal support if appropriate.

non-custodial parent has no rights and is the sole and only subject of IV-D[29]. on the basis of the conversion Plaintiff was subjected to slavery and involuntary servitude by premeditation of, and in full compliance[9] with the business plan[3] by a set of instructions[32] given by MUELLER[1].

32. Upon confirmation of newly discovered evidence[7,29], on or about July 8, 2024 by due process of law Plaintiff Terry served MUELLER[1] with a notarized order to terminate IV-D services on the basis that they were absurd, slavish, destructive of, and depriving me of my inherent and indefeasible rights. Under the supreme authority of Article I Sec. 1 of the Constitution for the State of Illinois, and the Declaration of Independence, MUELLER[1], director[9] of Region 5[2] IV-D agency operating in this State[2] as a business for profit[34], was ordered to terminate of IV-D security interest No. C01872639 and 16D079391 with zero dollar amount of arrears including removal from my credit history and refund me \$80,000.00 in full at 6% interest. C01872639 and 16D079391 failed to comply with my constitutional ORDER by not overseeing the termination of IV-D services, and Region 5 contractors[30] and personnel continually coerced[18] me to associate therewith as a non-custodial parent[7], resulting in me

---

19 0111.pdf (clasp.org) "The federal provisions described below are not mandatory. However, in order to receive federal funds for their state ~~child support~~ enforcement programs and their welfare programs, states must *adopt* these laws. 42 U.S.C. §§654(20) and 602(a)(2) (West Supp. 2002). Consequently, every state now has a series of state laws on paternity that mirror these federal requirements.

20 0111.pdf (clasp.org) Federal law does require that the acknowledgment form meet certain requirements. Id. §666(a)(5)(C)(iv). Action Transmittal 98-02 (January 23, 1998) sets forth those requirements. They include current name, social "*security number*," and date of birth of the mother and the father.

being subjected to slavery[14], involuntary servitude, and the deprivation of my inherent and inalienable rights.

## 42 U.S.C. § 1983-Rights Violations

13

33.     Herein Plaintiff provides that MUELLER[1] performed under a contract[33], under color of federal statutes, regulations, customs, and usage, of this State and by premeditation of a business plan[3] subjected, and caused Plaintiff Terry to be subject, within the jurisdiction to the deprivation of my inherent and inalienable rights, and immunities secured by the Constitution and laws, and is now liable to Plaintiff Terry injured in this action at law, suit in equity, or other proper proceeding for redress.

### Count 1.
### 42 U.S.C. §1983-Compelled Association in Violation of 1st Amendment for the Constitution of the United States of America.

34.     When applying the plausibility standard to Violation of 1st Amendment, Plaintiff Terry provides the following sufficient factual matters as true and plausible on its face:

35.     While acting under color of law MUELLER[1] by premeditation of the business plan[3] from within the Article V executive branch authorized IV-D contractors[30] and personnel[9] to deprive me of my 1st Amendment right to not assemble or associate expressive or intimate with the business for profit[21].

_____

[21] 42 U.S.C. §658a(a) In addition to any other payment under this part, the Secretary shall, subject to subsection (f), make an incentive payment to each State.

[22] 45 C.F.R. § 302.33(c)(i) Region _ shall collect the application fee from the individual applying for IV-D services or pay the application fee out of State funds. (A) A flat dollar amount not to exceed $35 (or such higher or lower amount as the Secretary may determine to be appropriate for any fiscal year to reflect increases or decreases in administrative costs.

36.     MUELLER[1] delegated specific instructions[9,32] under the federal Personal Responsibility Work Opportunity Reconciliation Act P.L. 104-193 (1996) and described in detail the step by step actions that were to be taken in order to compel my involuntary participation[18] in the IV-D program by U.S. mail with threatening to arrest me, and or suspension of my driver's license for failure to assemble and associate therewith.

14

37.     MUELLER[1] coerced me to participate in the program resulting in the loss of my inherent and inalienable right to not associate with the business for profit[2] expressive or intimate resulting in my enslavement which SHE[1] assured by premeditation of and in full compliance with the business plan[9].

### Count 2
### 42 U.S.C. §1983- Violation of the 4th Amendment Right to be Secure

38.     When applying the plausibility standard to MUELLER[1]'s Violation of the 4th Amendment, Plaintiff Terry provides the following sufficient factual matters as true and plausible on its face:

39.     By premeditation of and in full compliance with the business plan[9] MUELLER[1] instructed IV-D enforcement personnel to search for, obtain, and then use the SSN[14] held by Plaintiff in compliance with 42 U.S.C. § 405. Disclosure of the SSN held by Plaintiff Terry for conversion purposes was mandatory[8] on the basis

---

[23] 42 U.S.C. § 652(a) The Secretary shall establish, within the Department of Health and Human Services a separate organizational unit, under the direction of a designee of the Secretary, who shall report directly to the Secretary.

[24] 45 C.F.R § 301.1 Department means the Department of Health and Human Services. Director means the Director, Office of ~~Child Support~~ Services, who is the Secretary's designee to administer the ~~Child Support~~ Enforcement program under title IV-D.

[25] 45 C.F.R § 301.1 Director means the Director, Office of ~~Child Support~~ Enforcement, who is the Secretary's designee to administer the Child Support Enforcement program under title IV-D.

that it fostered slavery and involuntary servitude by correlating directly with the ability of, a contractor[30] to hunt down and exact from  Plaintiff Terry under colorable authority for failure to perform as expected. Lack of the SSN Plaintiff held would thwart MUELLER[1]'s ability to convert me into property[7] then use automated systems to search for then locate and seize my honestly acquired income from my employer[10] in relation to a non-custodial parent[7,14].

40.     At times relevant MUELLER[1] was fully aware that the SSN was the "key" piece of information around which IV-D computer *searches* are constructed. SHE[1] gave step by step instructions[9,32] to IV-D personnel to use IV-D computer searches via the SSN Plaintiff Terry holds in order to exact my assets in relation to a non-custodial parent[14] effectively. Key herein refers to the indefinite description of property[14] is made certain. Black's Rev. 4th Ed.p.1008.

41.     By premeditation of the business plan[3] MUELLER[1] gave instructions to IV-D enforcement contractors and personnel to use system of records under the control of the SSA from which the SSN information I hold was retrieved in the LEGAL NAME of the non-custodial parent[7] and its identifying numbers[14] assigned thereto. The 4th Amendment violation in the search for my employment and other financial assets in relation to a non-custodial parent[14] for sole purpose of exacting my honestly acquired income was a violation of my right to be secure in my person and effects.

---

[26] 45 C.F.R § 301.1 Office means the federal Office of ~~Child Support~~ Services which is the detached and disconnected organizational unit[2] within the Department with the responsibility for the administration of the IV-D business for profit.

[27] 42 U.S.C. § 654(3) provide for the establishment or designation of an alone detached and disconnected organizational unit[2], which meets such staffing and organizational requirements as the Secretary may by regulation prescribe, within the State to administer the plan.

Weekly searches were effectuated by the use of the SSN Plaintiff holds to obtain a new job, open a bank account, or obtain benefits from certain U.S agencies.

42.     MUELLER[1] gave instructions to IV-D contractors[30] and personnel to violate and deprive me of my 4th Amendment right to privacy derived from penumbras of other explicitly stated constitutional protections. Personal protections expressly stated in the 1st, 3rd , 4th, 5th, and 9th Amendments find that there is an implied right to privacy in

the Constitution. When one takes the penumbras together, the Constitution creates a "zone of privacy."

43.     The 4th Amendment prohibits unreasonable searches and seizures of "persons, houses, papers and effects." That last term "effects," means my personal possessions every other article of moveable property i.e., the SSN . My Right to personal privacy matters are relevant to constitutional law, providing that herein Region 5[2] was identified as a privacy invader.

**Count 3.**
**42 U.S.C. §1983- Due Process Violation of the 5th and 14[th]Amendments**
**of the Constitution for the United States of America.**

44.     When applying the plausibility standard to MUELLER[1] Violation of the 5th and 14th Amendment, Plaintiff Terry provides the following sufficient factual matters as true and plausible on its face: By premeditation of the business plan[3] MUELLER[1] required[9] IV-D contractors and personnel to violate and then deprive

---

[28] 42 U.S.C. § 654(23) provide that the State will regularly and frequently publicize, through public service announcements, the availability of child support enforcement services under the plan and otherwise, including information as to any application fees for such services and a telephone number or postal address at which further information may be obtained and will publicize the availability and encourage the use of procedures for voluntary establishment of paternity and child support by means the State deems appropriate.

me of my 5th and 14th Amendment rights to Due Process, the principle of fairness in legal proceedings based on my inherent right to know what action is being taken against me and be afforded an opportunity to be heard. By virtue of the submitted business plan[3] Region 5[2] is an instrumentality[1] of the federal OCSS[26]. The 5th Amendment's reference to "due process" is only one of many promises of protection the Bill of Rights gives "We The People" against the federal government.

45.    In regard to Application for Social Security Card (ssa.gov), the SSN held by Plaintiff

Terry to my knowledge was to be shown only to obtain employment income, bank

accounts, or benefits from certain U.S. agencies. Therefore, the 5th and 14th

Amendment violations occurred on the basis of MUELLER[1] never gave step by step

instructions requiring IV-D contractors[30] and personnel to provide due process by

informing me that the SSN I hold would:

- Be provided to the U.S. DHHS, and OCSS to hunt for Plaintiff under the state and federal Parent Locator System.
- Be used to convert Plaintiff from my Article I Sec. 1 title of Genesis 1;[26] man born equally free and independent, to the status of non-custodial parent[7] positively identified as property[14] with no rights.
  Subjugate me by operation of law, in which a IV-D obligation subject to punishment devolved upon me by the mere $35 transaction[22] between a business for profit and a customer in the establishment of IV-D actions, without my act or co-operation.
- Be used to punish me in relation to the non-custodial parent[7] under IV-D of the Act and its regulations by:
  - Liens on property;
  - Offset of unemployment compensation payments;
  - Seizure and sale of property;
  - Reporting arrearages to, credit agencies;

---

[29] 42 U.S.C. § 651 For the purpose of enforcing obligations owed by noncustodial parents[7] by locating, to establishing paternity, obtaining payments, there is hereby authorized to be appropriated for each fiscal year a sum sufficient to carry out the purposes of this part.

  - Garnishment of wages;
  - Seizure of State and Federal income tax refunds;
  - Revocation of various types of licenses (driver's, business, occupational, recreational);
  - Attachment of lottery winnings and insurance settlements of noncustodial parents;
  - Authority to seize assets of noncustodial parents held by public or private retirement funds and financial institutions; and
  - State and or Federal imprisonment, fines, or both.

46.    MUELLER[1] deprived Plaintiff of my right to view and consider with continued

attention to the legal consequences that would arise against me by the use of the SSN[14]

including the adverse effects against my inherent and inalienable rights so secured. Had I been afforded due process, as a man in my right mind, I would have regarded the legal consequences of IV-D thoughtfully, and as contingent or probable as an end or intention, I would have never consented to the use thereof.

47.    MUELLER[1] by premeditation, policies and customs[3] gave false representation of the use of the SSN, by words, by conduct, by false and misleading allegations, and by concealment of the legal consequences that arise against me by operation of law by use of the SSN, that should have been disclosed, which deceived and was intended to deceive me so that SHE[1] could act upon it to the legal injuries Plaintiff Terry now suffers.

48.    MUELLER[1] required[9] IV-D personnel to violate and then deprive me of my 5th and 14th Amendment Due Process rights. SHE performed IV-D procedures by providing a set of instructions which described in detail the step by step

[30] "Contractual agent" means an entity providing a ~~child support~~ service(s) or function(s) of the ~~Child Support~~ program and is inclusive of those agents of the program procured through purchase-of-service contracts", contractual agreements[12] or memoranda of understanding with the IV-D agency[2].

procedures[32] to be taken by IV-D collection contractors and personnel in concealment of the legal consequences that have arisen against me by operation of law by the aggravated use of the SSN[14] in the performance of the IV-D business plan[3].

49.    MUELLER[1], delegated functions of the IV-D program to agency[2] contractors and personnel who performed in full compliance of the business plan[3] resulting in the deprivation me of my life, my liberty, and my property, without due process of law, and denied me within this jurisdiction to the equal protection of the laws, by issuing general instructions on the concealment of the legal consequences that arose against me by

operation of law by use of the SSN, and delegated responsibility for the concealment, to the contractors and personnel performing the concealment.

## Count 4.
## 42 U.S.C. §1983- Slavery Involuntary Servitude in Violation of 13th Amendment for the Constitution of the United States of America.

50.     When applying the plausibility standard to MUELLER's violation of the 13th Amendment, Plaintiff Terry provides the following sufficient factual matters as true and plausible on its face:

51.     Involuntary servitude was the condition of servitude in which Plaintiff Terry was forced to work to pay Region 5[2] as required by IV-D of the Act. MUELLER[1] gave step by step instructions to IV-D contractors[30] and personnel to consistently harass me by threat of jail and by the threat of coercion through law or the legal

---

[31] 45 C.F.R § 301.1 "Secretary: the Secretary of the U.H. DHHS.
[32] 45 C.F.R § 301.1 Procedures: a set of instructions in a record which describe in detail the step by step actions to be taken by ~~child support~~ enforcement personnel in the performance of a specific function under the  IV-D plan. The IV-D agency may issue general instructions on one or more functions, and delegate responsibility for the detailed procedures to the office, agency, or political subdivision actually performing the function.

process. This complaint encompasses that MUELLER[1] holds Plaintiff Terry in servitude under IV-D by placing me in constant fear of physical restraint and legal coercion.

52.     MUELLER[1] delegated the functions required under IV-D to contractors[30] who in return for payment[11] therefrom, converted me by *capitis diminutio maxima*, the highest and most comprehensive loss of my Article I Sec. 1 status of Genesis 1;[26] man by nature equally free and independent. This occurred when I was compelled by threat of arrest or driver's license suspension to assemble then associate with the business for profit[2] at a colorable hearing, where contractors[30] and IV-D personnel of Region 5[2] converted me from my Article I Sec. 1 freedom to that of non-custodial parent[7] bondage, and I became

a slave[14]. The conversion swept away all my rights of state citizenship and inherent and

inalienable rights.

53. It is herein established and widely understood that the use of the term "non-

custodial parent[7] identifies[17] only property[14] not an Article I Sec. 1 man equally free and

independent. Wherefore, by referring to me and then exacting from Plaintiff Terry in

relation to a non-custodial parent[7] was a violation of the 13th Amendment of slavery and

involuntary servitude. See also oppression and peonage.

_____

[33] 31 U.S.C. § 6305 An executive agency shall use a contract as the legal instrument reflecting a relationship between the United States Government and a State, a local government, or other recipient when (1) the principal purpose of the relationship is to transfer a thing of value to the State[21], local government, or other recipient to carry out a public purpose of support or stimulation authorized by a law of the United States

instead of acquiring (by purchase, lease, or barter) property or services for the direct benefit or use of the United States Government; and (2) substantial involvement is expected between the executive agency and the State, local government, or other recipient when carrying out the activity contemplated in the contract.

## Count 5.
## 42 U.S.C. §1983- *Monell* claims

54. The opinion given by the United States Supreme Court in which the Court

overruled *Monroe v. Pape* by holding that a "local government is a [person] subject to

suit under 42 U.S.C. § 1983 Civil action for deprivation of rights."

Additionally, the United States Supreme Court held that "§ 1983 claims against

municipal entities must be based on implementation of a policy or custom". *Monell v.*

*Department of Social Services*, 436 U.S. 658 (1978).

55. MUELLER[1] director[9] of Region 5[2] business for profit must be held liable under 42

U.S.C. § 1983 for her own premeditated violations of the federal Constitution.

Under *Monell,* a governmental entity's "own violations" consist of a policy[2] or custom[3]

made by lawmakers or by those "whose edicts and acts may fairly aid to represent

official policy[3,9]." *Monell*, 436 U.S. at 694. The elements of this *Monell*

21

claim provide:

**a. Actions performed by Region 5 can be traced to the deprivation of my rights by policy and customs**.

- Region 5[1],[2] delegated functions of the IV-D program to courts with whom a contractual agreement[11,12] was entered into and purchased collection services therefrom. Therefore, Region 5 was responsible for securing compliance with the requirements of the business plan[9] by contracted[30] officials.

**b. Policies and Customs Demonstrating Region 5's Fault and Deliberate Indifference.**

---

[34] Partnership: an association of two or more persons as co-owners of a business for profit. *Uniform Partnership Act,* § 6(1). *Schleicker v. Krier*, 218 Wis. 376, 261 N.W. 413. Black's Law Rev. 4th Ed. p.1277.

- MUELLER[1] through Region 5[2] ensured that in the case of each noncustodial parent[7,14] against whom a support order has been issued or modified in income this State, being enforced under the business plan[3], so much of its[14] must be withheld[10] necessary to comply with the order.

**c. Actions that were the moving force behind the Federal violations.**

- Region 5 profits[21] from the IV-D program and is free to spend its share of collections in any manner it sees fit. 77-089.job (govinfo.gov) p.65.
- Region 5 is the sole point of contact for the federal government[26] and the entity through which federal IV-D profit flows[12].

56.     The contractual acts[11] and omissions required by the MUELLER[1] was pursuant to

the customs, policies, practices, and/or procedures[9] of submitted business plan[3]

performed under contract[11,12].

**Count 6.**
**Collusion Resulting in 42 U.S.C. § 1983-Rights Violations**

57.     When applying the plausibility standard to collusion, Plaintiff Terry provides the

following sufficient factual matters as true and plausible on its face:

58.     Entering into contracts[11] with courts[30] was for the sole purpose of obtaining

colorable authority under chancery jurisdiction synonymous and interchangeable with

equity. This contracted court[11] deprived Plaintiff Terry of my 6th Amendment right to trial

by jury on the basis that IV-D complaints are neither civil nor criminal and the SSN [14]

was secretly used to enslave me. The equity court, now the notorious Star Chamber dispensed remedy in favor of Region 5[2] in return for payment therefrom.

59.     Collusion occurred via the contract[11] between the Article V executive branch and the Article VI Sec. 1 judicial branch performing under federal terms[13] to defraud Plaintiff Terry of my natural rights of by nature equally free and independent, and my indefeasible rights of enjoying and defending my life and my liberty, acquiring, possessing, and protecting my property and my reputation, and pursuing my happiness and my safety under the color of IV-D of the Act, to obtain my honestly acquired income[10] which was forbidden by the 1st, 4th, 5th, 13th, and 14th Amendments. The collusion implied the existence of fraud, the employment of fraudulent means, and of lawful means for the accomplishment of an unlawful purposes. *May Hosiery Mills v. United States District Court in and for Dist. of Montana*, C.C.A. Mont., 64 F.2d 450, 454.

### Count 7
### Violation of Separation of Powers
### Resulting in 42 U.S.C. § 1983-Rights Violations

60.     When applying the plausibility standard to violation of the Separation of Powers Doctrine, Plaintiff Terry provides the following sufficient factual matters as true and plausible on its face:

61.     By premeditation of the business plan[3] MUELLER[1] from within the executive branch did in collusion with the judicial[30] branch, deprive Plaintiff Terry of my inherent and inalienable rights secured by violating the division among the legislative, executive, and judicial branch doctrine. Region 5[2] from within the executive branch is solely responsible and accountable for the operation of the IV-D program[9]. Region 5[2] oversees the delivery of IV-D services[9] involving contracted service providers[30] of the IV-D business for profit[2] operating "in" Illinois, this excludes Article VI courts.

62.     MUELLER[1] purchased IV-D service contracts[11] from judiciary to obtain colorable

IV-D orders and to perform other administrative duties under IV-D of the Act[29] in relation

to non-custodial parents[7,14]. The contract[11] violated the separation of powers doctrine by

premeditation on the basis that "an approved plan[3] must be in effect in all political

subdivisions of the state and must provide for entering into contracts with appropriate

courts and law enforcement officials. *Id.* § 654." *Monzon v. Martinez*, 833 F. Supp. 479,

482 (E.D. Pa. 1993).

63.     The violation of the separation of powers by premeditation of the business plan[3]

provides that from within the executive branch, MUELLER[1] used procedures[32] and gave

a set of instructions in a record which described in detail the step by step collection

actions to be taken by the judicial in the performance of the specific functions of the IV-

D business plan[3]. MUELLER[1] issued general instructions on coercive collection

functions, and delegated responsibility for the detailed procedures to the judicial

contractors performing the collection functions.

64.     Under the color of authority of an Article VI Sec.1 court judges, under his/her

oath office in performance of a contract[11], certified that all IV-D hearings were conducted

by "contractual agents" in compliance with Title IV-D of the Social Security Act. The

claim of a court order under IV-D of the Act provides that MUELLER[1] in the executive

and the judicial did in collusion violate the separation of powers doctrine.

65.     The claim of  an Article VI Sec. 1 judges did lend the prestige of the office to

MUELLER[1] through Region 5[2] in operation of IV-D of the Act, properly overseen[9] by

HER[1] operating from within the executive branch. Performance under IV-D is not

expressly provided by the Constitution and a IV-D contract[11] does not vest judicial

authority. The acts performed under the contract eroded the independence of the judiciary which was constitutionally entrusted with the fair and just resolution of disputes in order to preserve the *rule of law* and to protect the rights and liberties guaranteed by the Constitution and laws of the United States and this state.

66.     28 U.S.C. § 1691 provides that all writs and process issuing from a court of the United States shall be under the seal of the court and signed by the clerk thereof. Therefore the claim of a valid Article VI Sec. 1 court order is the intentional perversion of truth for the purpose of inducing this Honorable court in reliance upon a valid court order exists enforceable by Region 5. The claim of a valid court order provided the false representation of the authority of a court order, by words, by conduct, by false and misleading allegations, and by concealing that "contractual agents[11] i.e. contracted service providers[12] are not Article VI Sec. 1 judges, which should have been disclosed, which deceived and was intended to deceive Plaintiff Terry and this Honorable Court so that MUELLER[1] can continue to act upon the legal injuries from which Plaintiff  now suffers.

### Count 8
### Dissemination of False Advertisements Resulting in
### 42 U.S.C. §1983-Rights Violations

67.     When applying the plausibility standard to MUELLER[1] dissemination of false advertisements resulting in rights violations, Plaintiff Terry provides the following sufficient factual matters as true and plausible on its face:

68.     The public advertisement of the coined phrase child support services is blatantly false and disseminated to customers with no material facts and nothing more than the false representation of the IV-D program and its regulations and does not include and is never accompanied in each advertisement by disclosure of its true legislative intent.

See Our Mission, Vision, and Values | HFS (illinois.gov) "In all we do, we are committed to fostering a team spirit and helping all of our ***customers***."

69.     By premeditation of the business plan MUELLER[1] through Region 5 publicly advertised[28] regularly and frequently the availability of child support services on Illinois Child Support:

70.     Through policies, customs, and usage of business plan[3], MUELLER[1]  through IV-D contractors[30], and personnel, did collude to infringe upon my rights for profit[21] by knowingly and intentionally disseminating the false advertisement "child support services" to potential customers. "The plan must conform with the panoply of requirements listed in section 602(a)." *Monzon v. Martinez*, 833 F. Supp. 479, 482 (E.D. Pa. 1993). The act of a \$35[22] transaction between Region 5[2] and its customer resulted in the violation of my 1st, 4th, 5th, 13th, and 14th Amendment Rights so secured.

71.     Foremost, pursuant to Sec. 401. Purpose (b) no individual Entitlement. This part shall not be interpreted to entitle any individual or family to assistance under any State program funded under this part.

72.     Per curiam the phrase child support services is blatantly false advertisement on the basis that "Title IV-D was not intended to benefit individual children and custodial parents, and therefore it does not constitute a federal right. Far from creating an individual entitlement to services. Thus, the Secretary must look to the aggregate services provided by the State, not to whether the needs of any particular person have been satisfied." These are the summaries of *Blessing v. Freestone*, 520 U.S. 329, 333 (1997). *Almendares v. Palmer; Great Lakes Consortium v. Michigan; Price v. Housing Authority of New Orleans;  Center for Special Needs Trust Administration v. Olson;*

*Mallak v. Aitkin Cnty.; N.Y. State Citizens' Coal. for Children v. Carrion; D.O. v. Glisson; Baumgardner v. County of Cook; COX COMMUNICATIONS PCS, L.P. v. CITY OF SAN MARCOS; L. v. Health Net, Northeast; Maynard v. Bonta; Olivia v. Barbour; Foreman v. Heineman; Zatuchni v. Richman; Reynolds v. PBG Enterprises, LLC; Sheils v. Bucks Cnty. Domestic Relations Section; Duberry v. Dist. of Columbia; Shanklin v. Coulee Med. Ctr.; Saint Anthony Hospital v. Eagleson; Endsley v. City of Chicago; Taylor v. Vermont Dept. of Educ; 31 Foster Children v. Bush; Price v. City of Stockton; Harris v. Olszewski.*

73.     The coined phrase child support services is further blatantly false advertisement as ruled by the 11th Cir. which held that "Title IV-D does not create enforceable rights on behalf of needy families with children because they are not the intended beneficiaries of the statute. The court pointed to the legislative history that Title IV-D was intended to benefit the public treasury and taxpayers by reducing the present and future welfare rolls." These are the summaries of *Wehunt v. Ledbetter*, 875 F.2d 1558, 1565.(1989), *Blessing v. Freestone; Howe v. Ellenbecker*

*Behunin v. Jefferson Cty. D. of Soc. Serv; Carelli v. Howser* and *Davis v. McClaran.*

74.     15 U.S.C. § 52(a) provides that it was unlawful for the IV-D partnership to disseminate, and cause to be disseminated, the false advertisement  child support services; (1) By United States mails, or in or having an effect upon commerce, by any means, *e.g.* Illinois Child Support for the purpose of inducing, or which is likely to induce, directly or indirectly the purchase of services[22], by (2) any means, for the purpose of inducing, or which is likely to induce, directly or indirectly, the purchase in or having an effect upon commerce of services. 15 U.S.C. § 52(b) provides that the dissemination and the causing to be disseminated the false advertisement of child support

services within the provisions of subsection (a) was unfair, and a deceptive act and practice affecting commerce within the meaning of section 45 of this title.

75.    The Ninth Amendment and the above quoted rulings and summaries provide that as man equally free and independent I am not legally obligated to provide support to the public treasury and taxpayers. As a business for profit Region 5 is regulated solely as collection agency, contractually obligated to serve at the pleasure of the Federal OCSS[26] within the U.S. DHHS[24]. 42 U.S.C. § 651 clearly provides: For the purpose of enforcing the support obligations owed by noncustodial parents[7] (excludes Genesis 1;[25] Article I Sec. 1 men) there is hereby authorized to be appropriated for each fiscal year a sum sufficient to carry out the IV-D purposes.

### Conclusion

76.    45 C.F.R. § 302.12(2)(a) provides The State plan shall provide for the establishment or designation of a single and separate organizational unit to administer the IV-D plan. Such unit is referred to as the IV-D agency. Under this requirement: MUELLER[1] through Region 5[2] is responsible and accountable for the operation of the IV-D program rendering:

- MUELLER[1] by premeditation of the business plan is liable to me for violation of 1st Amendment to not assemble and associate expressive or intimate therewith the business for profit which resulted in deprivation of my rights so secured, and;
- MUELLER[1] by premeditation of the business plan is liable to me for deprivation of the 4th Amendment against the unreasonable searches and seizure of seizure of the SSN I hold to obtain a new job, open a bank account, or to obtain benefits from certain U.S. agencies, and my reasonable expectation of privacy from the unreasonable intrusion by HER[1] through Region 5 and its contractors encroached upon my right to privacy and my freedom from intrusion from the business for profit, and;
- MUELLER[1] is liable for deprivation of my indefeasible right to life, liberty and property without 5th and 14th Amendment due process of law for failure of HER prior to HER requirement to convert me to property, to observe the Privacy Act of 1974 5 U.S.C. § 552(a) by not providing me with what law or other authority the Region 5 was requesting the SSN and the uses that will be made of that SSN, and;

- MUELLER[1] is liable for deprivation of my 13th Amendment against slavery and involuntary servitude on the basis that MUELLER[1] required the conversion of me to property and I was punished by HER in relation to property for exercising my right to not pay but I was punished in relation to a non-custodial parent for not paying Region 5 as directed, and;
- MUELLER[1] is liable to me for subjecting me to slavery and involuntary servitude by requiring the appropriation of the SSN held by me for the beneficial use of Region 5, and the federal OCSS[26] by altering its nature and converting the SSN held to that of a non-custodial parent[7] and devolving my title of man to property for exclusive and beneficial use of Region 5 for profit, and;
- MUELLER[1] is liable to me for the deprivation of my inherent right to be free by converting me to property to which I no longer free, and;
- MUELLER[1] is liable to me for the deprivation of my inherent and inalienable right to equality on the basis that the customer who purchased IV-D services pursuant to 45 C.F.R. § 303.11(12) is permitted to terminate services and I as the victim was not, and;
- MUELLER[1] is liable to me for the deprivation of my inherent right of independent on the basis that a $35 application transaction[22] I am now subject to control, restriction, modification, and limitation by HER through Region MUELLER[1] IV-D personnel and IV-D contractors[30], and;
- MUELLER[1] is liable to me for deprivation of my inherent and indefeasible right to enjoy my life on the basis that IV-D collections are coercive and only provides fear of arrest license suspension and other coercive collection methods which intentionally caused me emotional of distress; and
- MUELLER[1] is liable for deprivation of my inalienable and inherent right to defend my life on the basis that once I was unconstitutionally converted to a non-custodial parent. i.e., property I had no right to defend itself from coercive
- IV-D collection activities or arrest; and
- MUELLER[1] is liable to me for the deprivation of my inalienable right to acquire property on the basis that the income that I honestly acquired was seized by Region 5 in full compliance of the business plan not the Constitution leaving me with little to afford a decent quality of life causing emotional distress, and;
- MUELLER[1] is liable to me for deprivation of my inalienable and inherent right to protect my property by subjugating me to operation of law on the basis that a IV-D liability devolved upon my person by the mere application of a $35 IV-D transaction without my knowledge or co-operation; and
- MUELLER[1] is liable to me for deprivation of my inalienable and inherent to defend my reputation which was ruined on the basis that when I did not pay the business for profit it reported me as deadbeat to credit reporting agencies solely to prevent me from obtaining an extension of credit, and;
- MUELLER[1] is liable for deprivation of my inherent and inalienable right to pursue my safety on the basis that SHE authorized the use of the SSN held by Plaintiff to hunt for and exact funds from my job and other financial assets for profit; and
- MUELLER[1] is liable to me for deprivation of my inalienable and inherent right to pursue my happiness on the basis that coercive IV-D collections techniques shocked

my conscience resulting in the state of fear, emotional distress, anxiety, and paranoia of arrest if I failed to pay the business for profit.

### Prayer for Relief

77.    A governing principal of our constitutional democracy is that "all the officers of government are creatures of law and are bound to obey it." No man in this country is so high that he is above the law. No officer of the law may set that law at defiance with immunity. *United States v. Lee*, 106 U.S. at 220 (1882). *Butz v. Economou* 438 U.S. 478, 506 (1978).

78.    42 U.S.C. § 651 provides the factual legislative intent of IV-D is for the sole purpose of collecting support obligations owed by noncustodial parents[7,14]. *Expressio unius est exclusio alterius; expressio unius persons est exclusio alterius, and inclusio unius est exclusio alterius* provides that the inclusion of noncustodial parents[7,14] for Title IV-D collection purposes is the exclusion of Genesis 1;[26] man. *Coke*, 58b; *Burgin v. Forbes*, 293 Ky. 456, 169 S.W.2d 321, 325.

79.    On the basis that MUELLER[1] through the IV-D is responsible for securing compliance with the requirements of the business plan[9] by agency contractors Plaintiff Terry's claims have plausibility and I have plead factual content that allows the court to draw a reasonable inference that the MUELLER[1] is liable for the misconduct alleged.

80.    WHEREFORE, this honorable Court should hold true that MUELLER[1] is liable to Plaintiff for the deprivation of my rights under color of law. Plaintiff now has Article III standing and this Court has authority granted by the Constitution to assume jurisdiction over this action and to:

- Award Plaintiff injunctive relief by restraining Region 5 from publicly advertising[28] itself as the STATE "child support enforcement agency" that provides "child

support enforcement services", on the basis of that coined phrase is in fact dissemination of false advertisements.

- Award Plaintiff $1,000,000.00 compensatory, punitive, and other damages against MUELLER[1] through the business for profit disseminating the false advertisement[a] child support services which resulted in the deprivation of my inherent natural inherent rights of by nature equally free and independent, and my inalienable 1st, 4th, 5th, 13th, and 14th Amendment rights so secured in full compliance of the business plan.

- Award Plaintiff injunctive relief with termination of IV-D services which I did not enroll in, apply for, or enter a personal responsibility contract pursuant to 42 U.S.C. § 603(a)(5)(C)(III) rendering me a victim of the IV-D business for profit, including but not limited to a full refund of $80,000.00 with 6% interest, zero dollar amount of arrears including removal from my credit history;

- Award Plaintiff $1,000,000.00 compensatory, punitive, and other damages against MUELLER[1] who through the business for profit required IV-D contractors and personnel to deprive me of my 1st 4th 5th 13th and 14th Amendment rights so secured by premeditation of the plan[3].

- Award Plaintiff $1,000,000.00 compensatory, punitive, and other damages against MUELLER[1] who through the business for profit was responsible for securing compliance with the requirements of the plan[3] resulting in IV-D contractors and personnel to deprive me of my inherent rights of by nature equally free and independent; the deprivation of my indefeasible rights of enjoying and defending my life and my liberty, acquiring, possessing, and protecting my property and my reputation, and pursuing my happiness, my privacy, and my safety.

- Award Plaintiff Terry reasonable legal fees, expenses, and costs of litigation pursuant to 42 U.S.C. § 1988 in the amount of $1,400.00 as the prevailing party.

- A jury trial is demanded.

Respectfully submitted

_____

Terry: Winners